# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO
### BOISE DIVISION

In Re:                                    §
                                          §
HOKU SOLAR, INC.                          §         Case No. 13-40839
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Janine P. Reynard, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 401,988.50 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  408,337.75 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  74,903.57 | |

3) Total gross receipts of $ 758,323.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 275,082.35  (see **Exhibit 2**), yielded net receipts of $ 483,241.32  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 52,052,424.95 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 74,903.57 | 74,903.57 | 74,903.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 878.03 | 878.03 | 878.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,814.34 | 44,022,919.77 | 403,745.60 | 407,459.72 |
| **TOTAL DISBURSEMENTS** | $ 1,814.34 | $ 96,151,126.32 | $ 479,527.20 | $ 483,241.32 |

    4)  This case was originally filed under chapter 7 on  07/02/2013 .  The case was pending for 76 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/30/2019                          By:/s/Janine P. Reynard
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A1A Electricians | 1121-000 | 47,959.14 |
| Johnson Controls, Inc. | 1121-000 | 111,031.00 |
| Checking Account Bank of Hawaii Main Branch 001 | 1129-000 | 408,216.71 |
| Hawaii Escrow & Title 1100 Alakea Street 5th Flo | 1129-000 | 171,662.45 |
| Warehouse stored items | 1129-000 | 17,500.00 |
| premium refund for auto insurance policy | 1229-000 | 1,162.00 |
| Refund of overpayment on Home Depot credit card prepetition | 1229-000 | 220.65 |
| Refund of Transamerica insurance premium | 1229-000 | 255.00 |
| UHA Refund Health Insurance Premiums | 1229-000 | 316.72 |
| **TOTAL GROSS RECEIPTS** | | **$ 758,323.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HOKU SOLAR, INC. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 275,082.35 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 275,082.35 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Oz Construction, Inc. | 4120-000 | NA | 88,416.20 | 0.00 | 0.00 |
| 10 | Qualico Steel Company, Inc. | 4120-000 | NA | 2,964,008.75 | 0.00 | 0.00 |
| 11 | Hanwha SolarOne Hong Kong Limited | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 11-2 | Hanwha SolarOne Hong Kong Limited | 4210-000 | NA | 49,000,000.00 | 0.00 | 0.00 |
| 9 | A-1 A-Lectrician, Inc. | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 9-2 | A-1 A-Lectrician, Inc. | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 0.00 | $ 52,052,424.95 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janine P. Reynard | 2100-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janine P. Reynard | 2200-000 | NA | 2,934.64 | 2,934.64 | 2,934.64 |
| Hawaii Energy Connection | 2410-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| Gary Rainsdon | 2420-000 | NA | 74.19 | 74.19 | 74.19 |
| Rabobank, N.A. | 2600-000 | NA | 1,925.78 | 1,925.78 | 1,925.78 |
| Union Bank | 2600-000 | NA | 30,977.22 | 30,977.22 | 30,977.22 |
| Bank of Hawaii | 2990-000 | NA | 4,572.50 | 4,572.50 | 4,572.50 |
| Ultimate Software | 2990-000 | NA | 1,850.00 | 1,850.00 | 1,850.00 |
| Ultimate Software Group, Inc | 2990-000 | NA | 69.24 | 69.24 | 69.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 74,903.57 | $ 74,903.57 | $ 74,903.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | State of Hawaii | 5800-000 | NA | 878.03 | 878.03 | 878.03 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 878.03 | $ 878.03 | $ 878.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aimoto Residence 1158 20th Ave Honolulu, HI 96816 | | 0.00 | NA | NA | 0.00 |
| | Albert Chong & Associates 1117 Kapahulu Ave. Honolulu, HI 96826 | | 0.00 | NA | NA | 0.00 |
| | Allana Buick & Bers (USS) 707 Richard Street Suite 635 Honolulu, HI 96813 | | 0.00 | NA | NA | 0.00 |
| | Bank of Hawaii North Kohala 130 Merchant Street Suite 750 Honolulu, HI 96813 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrickman Residence<br>5025 Poola Street<br>Honolulu, HI 96821 | | 0.00 | NA | NA | 0.00 |
| | Brooks Residence<br>710 Maluniu Ave<br>Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | Ching Residence<br>4441 Wahinekoa Place<br>Honolulu, HI 96812 | | 0.00 | NA | NA | 0.00 |
| | Dowling Co.<br>2005 Main Street<br>Wailuku, HI 96793 | | 0.00 | NA | NA | 0.00 |
| | Esaki Surveying and Mapping<br>1610 Haleukana Street, Lihue,<br>HI 96766 | | 1,134.89 | NA | NA | 0.00 |
| | First Hawaiian Chocolate<br>520 Mokauea Street<br>Honolulu, HI 96819 | | 0.00 | NA | NA | 0.00 |
| | Forest City<br>5173 Nimitz Rd.<br>Honolulu, HI 96818 | | 0.00 | NA | NA | 0.00 |
| | Franciscan Vistas<br>91-1471 Miula Street<br>Ewa Beach, HI 96706 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gerald Choi<br>111 Kokololio Place<br>Honolulu, HI 96821 | | 0.00 | NA | NA | 0.00 |
| | Glen Taniguchi Residence<br>3202 Manoa Road<br>Honolulu, HI 96822 | | 0.00 | NA | NA | 0.00 |
| | Griswold Residence<br>502 N. Kainalu Drive<br>Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | Half Moon Ventures<br>155 N. Wacker Dr.<br>Suite 4250<br>Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Hardware Hawaii<br>Kapolei 30 Kihapai Street<br>Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | Haskell<br>2591 N. Dallas Parkway<br>Suite 405<br>Frisco, TX 75034 | | 0.00 | NA | NA | 0.00 |
| | Henkels & McCoy<br>2130 Lanwiliwili Street<br>Kapolei, HI 96707 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HGVC Kings Land<br>69-550 Waikoloa Beach Dr.<br>Waikoloa, HI 96738 | | 0.00 | NA | NA | 0.00 |
| | Honolulu Disposal Service,<br>P.O. Box 30490 Honolulu, HI<br>96820 | | 265.96 | NA | NA | 0.00 |
| | Horton/Vertical Construction<br>828 Fort Street Mall<br>4th Floor<br>Honolulu, HI 96813 | | 0.00 | NA | NA | 0.00 |
| | Islander Group<br>269 Palii Street<br>Mililani, HI 96789 | | 0.00 | NA | NA | 0.00 |
| | Johnson Controls<br>420 Waiakamolo Raod<br>Suit 101<br>Honolulu, HI 96819 | | 0.00 | NA | NA | 0.00 |
| | Kala Capital<br>792 Mokapu Road<br>Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | Kapolei Kai<br>2176 Lauwiliwili Street<br>Unit 1<br>Kapolei, HI 96707 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kim Residence<br>3155 Alani Drive<br>Honolulu, HI 96822 | | 0.00 | NA | NA | 0.00 |
| | Korte<br>1244 1 US Hwy 40<br>Highland, IL 62249 | | 0.00 | NA | NA | 0.00 |
| | Kuramoto Residence<br>91-1509 Halahua Street<br>Kapolei, HI 96707 | | 0.00 | NA | NA | 0.00 |
| | Kuroda Auto Body<br>94-518 Puahi Street<br>Waipahu, HI 96797 | | 0.00 | NA | NA | 0.00 |
| | Les Sherill<br>42-117 Old Kalanianaole Hwy<br>Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | McBryde<br>822 Bishop Street<br>Honolulu, HI 96813 | | 0.00 | NA | NA | 0.00 |
| | Nakatsu Residence<br>2643 Nahaku Place<br>Honolulu, HI 96826 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nan Inc.(COH)(KMR)(Wheeler) 636 Laumaka Street Honolulu, HI 96819 | | 0.00 | NA | NA | 0.00 |
| | Paradise Beverges 94-1450 Moaniani Street Waipahu, HI 96797 | | 0.00 | NA | NA | 0.00 |
| | Paul Residence 3149 Alika Honolulu, HI 96817 | | 0.00 | NA | NA | 0.00 |
| | Penoff Residence 1785 Kumakani Loop Honolulu, HI 96821 | | 0.00 | NA | NA | 0.00 |
| | Ram Corp 1717 Akahi Street Honolulu, HI 96819 | | 0.00 | NA | NA | 0.00 |
| | Resco/Prudential 614 Kapahulu Ave. Honolulu, HI 96815 | | 0.00 | NA | NA | 0.00 |
| | Rk Construction 2600 Pualani Way#2104 Honolulu, HI 96815 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RNR Condo II 329 California Ave. Wahiawa, HI 96786 | | 0.00 | NA | NA | 0.00 |
| | SBSH 900 Fort Street Mall Suite 1722 Honolulu, HI 96813 | | 0.00 | NA | NA | 0.00 |
| | Sherrill 42-117 Old Kalanianaole Hwy Kailua, HI 96734 | | 0.00 | NA | NA | 0.00 |
| | Shindo Residence 94-1070 Mauele Street Waipahu, HI 96797 | | 0.00 | NA | NA | 0.00 |
| | Siu/Wakeman Residence 1669 Kanalui Street Honolulu, HI 96816 | | 0.00 | NA | NA | 0.00 |
| | Taft Residence 45 Niuiki Circle Honolulu, HI 96821 | | 0.00 | NA | NA | 0.00 |
| | Tateyaman Residence 3742 Old Pali Road Honolulu, HI 96817 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tioga Energy<br>123 Mission Street<br>9th Floor<br>San Francisco, CA 94105 | | 0.00 | NA | NA | 0.00 |
| | Tori Richard<br>13334 Moyonui Street<br>Honolulu, HI 96817 | | 0.00 | NA | NA | 0.00 |
| | Transamerica Employee, P.O.<br>Box 8063 Little Rock, AR<br>72203 | | 353.07 | NA | NA | 0.00 |
| | University of Hawaii<br>1400 Lower Campus Road<br>Room 15<br>Honolulu, HI 96822 | | 0.00 | NA | NA | 0.00 |
| | US Solar Distributing 1644<br>Main Ave., Suite 1<br>Sacramento, CA 95838 | | 60.42 | NA | NA | 0.00 |
| | Wasa Elecrtical Services<br>2908 Kaihikapu Street<br>Honolulu, HI 96819 | | 0.00 | NA | NA | 0.00 |
| | Xcel International<br>66-590 Kamehameha Hwy<br>Haleiwa, HI 96712 | | 0.00 | NA | NA | 0.00 |
| 2 | GGP ALA MOANA L.L.CC | 7100-000 | 0.00 | 100.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Hoku Corporation | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 8 | JH Kelly, LLC | 7100-000 | NA | 30,364,968.99 | 0.00 | 0.00 |
| 5 | Oregon Electric Construction, Inc. | 7100-000 | NA | 10,900,088.03 | 0.00 | 0.00 |
| 17 | Panasonic Corporation of North America | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Performance Contracting, Inc. | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4-2 | Performance Contracting, Inc. | 7100-000 | NA | 2,354,017.15 | 0.00 | 0.00 |
| 3 | Schenk's Specialized Services, LLC | 7100-000 | NA | 5,274.53 | 5,274.53 | 5,274.53 |
| 12 | CFS Solar LLC | 7200-000 | NA | 108,637.07 | 108,637.07 | 108,637.07 |
| 13 | Helix Electric, Inc. | 7200-000 | 0.00 | 288,184.00 | 288,184.00 | 288,184.00 |
| 16 | Solectria Renewables, LLC | 7200-000 | NA | 0.00 | 0.00 | 0.00 |
| 14 | State of Hawaii | 7300-000 | NA | 1,650.00 | 1,650.00 | 1,650.00 |
| 6 | Hoku Corporation | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CFS Solar LLC | 7990-000 | NA | NA | NA | 997.20 |
|  | Helix Electric, Inc. | 7990-000 | NA | NA | NA | 2,645.29 |
|  | Schenk's Specialized Services, LLC | 7990-000 | NA | NA | NA | 48.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Hawaii | 7990-000 | NA | NA | NA | 23.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,814.34 | $ 44,022,919.77 | $ 403,745.60 | $ 407,459.72 |

Page: 1

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 13-40839 | JDP | Judge: | Jim D. Pappas | Trustee Name: | Janine P. Reynard |
| Case Name: | HOKU SOLAR, INC. | | | | Date Filed (f) or Converted (c): | 07/02/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/31/2013 |
| For Period Ending: | 09/30/2019 | | | | Claims Bar Date: | 10/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  No real property | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Checking Account Bank of Hawaii Main Branch 001 | 395,494.00 | 395,494.00 | | 408,216.71 | FA |
| 4.  American Savings Bank P.O. Box 2300 Honolulu, HI | 150,000.00 | 0.00 | | 0.00 | FA |
| 5.  Business Checking Wells Fargo Bank 333 S Main St | 5,037.00 | 0.00 | | 0.00 | FA |
| 6.  Hawaii Escrow & Title 1100 Alakea Street 5th Flo | 0.00 | 171,662.45 | | 171,662.45 | FA |
| 7.  Forest City | 19,050.00 | 0.00 | | 0.00 | FA |
| 8.  Hoku Solar Power I, LLC | 9,794.48 | 0.00 | | 0.00 | FA |
| 9.  Johnson Controls, Inc. | 112,131.00 | 111,131.00 | | 111,031.00 | FA |
| 10.  A1A Electricians | 76,226.09 | 76,226.09 | | 47,959.14 | FA |
| 11.  McBride Resources | 137,650.82 | 0.00 | | 0.00 | FA |
| 12.  Nan, Inc. | 18,810.30 | 0.00 | | 0.00 | FA |
| 13.  SBSH Partners | 21,586.90 | 0.00 | | 0.00 | FA |
| 14.  2 Trademarks, Investment Grade PV Global Researc | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Misc. used equipment and supplies | 20,943.00 | 0.00 | OA | 0.00 | FA |
| 16.  Equipment, tools and safety gear | 19,116.00 | 0.00 | | 0.00 | FA |
| 17.  Warehouse stored items | 93,656.00 | 10,000.00 | | 17,500.00 | FA |
| 18.  Refund of overpayment on Home Depot credit card prepetition (u) | Unknown | 220.65 | | 220.65 | FA |
| 19.  premium refund for auto insurance policy (u) | Unknown | 1,162.00 | | 1,162.00 | FA |
| 20.  Refund of Transamerica insurance premium (u) | Unknown | 255.00 | | 255.00 | FA |
| 21.  UHA Refund Health Insurance Premiums (u) | Unknown | 316.72 | | 316.72 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)             $1,079,495.59    $266,467.91                    $758,323.67          $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

equipment value and saleability?
bank acct funds?
pref or fraudulent transfer issues?
collection of ARs (certain ones not collectible or owed) -- setoff rights for certain projects
Object to POCs re didn't do business with Db
credit from Home Depot (Ralane 800-669-5115, ext 5222773)
credit from AMEX
Seek turnover of Escrow Funds at Hawaii Escrow & Title re HSPI contract
work on compromise of A1 setoff/preference recovery
work w/accountant on taxes
Obj to POCs re Hoku Corp lawsuits
work on settlement negotiations w/Solectria Renewables re POC
rev/analyze other Hoku Corp lawsuits re 548 claims applicable to debtor
negotiate w/Hoku Corp re purported POC 7 owed and basis for same -- draft objection to POC 7; filed obj, on hold pending substantive consolidation outcome re corp and
materials cases
9.27.16 oral ruling on substantive consolidation motions -- corp and materials cases consolidated; work on withdrawal of Hoku Corp POC
Dec 2016 ruling allowing substantive consolidated ttee dismiss adversaries re Hoku Corp case, which once done will eliminate potential claims in Solar case
Solectria Renewable POC withdrawn upon dismissal of Hoku Corp adversary
finalize resolution of Hoku Corp POC with substantive consolidated ttee -- resolution reached spring 2017
working on issues with accountant
10.17 follow-up with BOH re additional bank acct info needed
Dec 2017 several follow-ups to BOH re acct info
1.22.18 rec'd bank statements from BOH; motion to approve pymt admin expense
March 2018 addtl bank statement information needed and required from BOH; requested same
Bank statement review and analysis re creditor claims and expenses paid
TFR to UST
4.29.19 TFR filed with Court

Exhibit 8

| RE PROP # | 1 | -- | software inadvertently created asset from sch A/debtor didn't own real property |
| RE PROP # | 4 | -- | No open LOC with bank, closed in 2012 per Shyla at bank or contant Kim Sui in legal dept |
| RE PROP # | 5 | -- | Hoku Corp account in Idaho |
| RE PROP # | 6 | -- | escrow funds owed to db re sale of business Dec 2012 |
| RE PROP # | 7 | -- | potential setoff rights due to warranty work that may be performed? no collectible sums owed and no claim in BK case |
| RE PROP # | 8 | -- | entity sold Dec 2012; escrow funds pd to estate after deadline ran under contract; see asset 6 |
| RE PROP # | 10 | -- | claim setoff rights; working on compromise re same (Doc 108), compromise approvide for setoff of breach of contract claim against AR (Doc 111) |
| RE PROP # | 11 | -- | insufficient documentation to locate entity and/or collect, not owed? |
| RE PROP # | 12 | -- | no outstanding invoice; last work performed for Nan in 2011 and 3k paid at that time (POC Marlyn Marquez) |
| RE PROP # | 13 | -- | disputed AR, small amt/questionable collectibility |
| RE PROP # | 15 | -- | abandoned assets shipped from HI to Pocatello, no saleable value |
| RE PROP # | 16 | -- | see Asset #17, sold personal property in HI in bulk sale which included some safety equipment |
| RE PROP # | 17 | -- | 7500 deducted from sale price for admin rent |

Initial Projected Date of Final Report (TFR): 03/01/2014          Current Projected Date of Final Report (TFR): 02/28/2019

Page: 1

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-40839 | |
| Case Name: HOKU SOLAR, INC. | Trustee Name: Janine P. Reynard |
| | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3497 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3745 | Blanket Bond (per case limit): $78,753,461.00 |
| For Period Ending: 09/30/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/13 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $406,471.74 | | $406,471.74 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $389.77 | $406,081.97 |
| 02/18/14 | 9 | Johnson Controls Controls Group SSA - JCI Inc. PO Box 2012 Milwaukee WI 53201-2012 | payment for outstanding AR re Invoice No. 490 | 1121-000 | $111,031.00 | | $517,112.97 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $604.04 | $516,508.93 |
| 02/26/14 | | Hawaii Energy Connection buyer of pers property | sale proceeds for purchase of equipment | | $10,000.00 | | $526,508.93 |
| | | | Gross Receipts $17,500.00 | | | | |
| | | Hawaii Energy Connection landlord | Administrative rent ($7,500.00) | 2410-000 | | | |
| | 17 | | Warehouse stored items $17,500.00 | 1129-000 | | | |
| 03/18/14 | 18 | Citibank, N.A. Customer Service Center PO Box 6500 Sioux Falls, SD 57117-6500 | refund of overpaid funds on Home Depot credit card prepetition | 1229-000 | $220.65 | | $526,729.58 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $599.23 | $526,130.35 |
| 04/08/14 | 19 | Marsh USA, Inc. 2610 Northgate Drive Iowa City IA 52245 | insurance premium refund | 1229-000 | $1,162.00 | | $527,292.35 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $782.49 | $526,509.86 |
| 05/09/14 | 21 | UHA (University Health Alliance) 700 Bishop Street, Ste 300 Honolulu, HI 96813-4100 | refund of overpaid premium | 1229-000 | $316.72 | | $526,826.58 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals: $529,202.11    $2,375.53

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No:  13-40839 | Trustee Name:  Janine P. Reynard | |
| Case Name:  HOKU SOLAR, INC. | Bank Name:  Union Bank | |
| | Account Number/CD#:  XXXXXX3497 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3745 | Blanket Bond (per case limit): $78,753,461.00 | |
| For Period Ending:  09/30/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/14 | 6 | Hawaii Escrow & Title, Inc. 1132 Bishop Street, Ste 200 Honolulu, HI 96813 | balance of escrow acct from sale of Hoku Solar Power I sale of Hoku Solar Power I occurred in December 2012, funds were required to be held in escrow for one year to cover costs of claims or follow-up issues related to sale; escrow cashed out after time expired under contract | 1129-000 | $171,662.45 | | $698,489.03 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $757.76 | $697,731.27 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $881.44 | $696,849.83 |
| 06/25/14 | 501 | Ultimate Software Group, Inc PO Box 930953 Atlanta GA 31193-0953 | print/shipping fee for preparation of employees' W2s Invoice No INV379435 | 2990-000 | | $69.24 | $696,780.59 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,003.33 | $695,777.26 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,035.29 | $694,741.97 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,033.79 | $693,708.18 |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $998.99 | $692,709.19 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $1,030.82 | $691,678.37 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $996.07 | $690,682.30 |

| | | | Page Subtotals: | | $171,662.45 | $7,806.73 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-40839
Case Name: HOKU SOLAR, INC.

Trustee Name: Janine P. Reynard
Bank Name: Union Bank
Account Number/CD#: XXXXXX3497
Checking Account

Taxpayer ID No: XX-XXX3745
For Period Ending: 09/30/2019

Blanket Bond (per case limit): $78,753,461.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,027.76 | $689,654.54 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,026.27 | $688,628.27 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $925.64 | $687,702.63 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,023.20 | $686,679.43 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $988.96 | $685,690.47 |
| 06/01/15 | 10 | A-1 A-Lectrician, Inc. 2849 Kaihikapu Street Honolulu HI 96819 | payment on settlement of AR | 1121-000 | $47,959.14 | | $733,649.61 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,020.33 | $732,629.28 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,052.66 | $731,576.62 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,088.65 | $730,487.97 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,086.98 | $729,400.99 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,050.39 | $728,350.60 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,083.81 | $727,266.79 |

Page Subtotals: $47,959.14   $11,374.65

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-40839

Case Name: HOKU SOLAR, INC.

Taxpayer ID No: XX-XXX3745

For Period Ending: 09/30/2019

Trustee Name: Janine P. Reynard

Bank Name: Union Bank

Account Number/CD#: XXXXXX3497

Checking Account

Blanket Bond (per case limit): $78,753,461.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,047.31 | $726,219.48 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,080.74 | $725,138.74 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,076.07 | $724,062.67 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,005.23 | $723,057.44 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,072.90 | $721,984.54 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,036.86 | $720,947.68 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,069.81 | $719,877.87 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,033.94 | $718,843.93 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1,066.69 | $717,777.24 |
| 08/30/16 | 502 | Ultimate Software Attn: Dorry Knoerr 2000 Ultimate Way Weston FL 33326 | Copies of Employee Payroll Records (Motion and Order Approving Expense Doc 180 & 182) | 2990-000 | | $1,350.00 | $716,427.24 |
| 12/21/16 | 503 | Ultimate Software Attn Accounting Dept 1485 N Park Drive Weston FL 33326 | invoice HOK1000-2 final pymt for W2's after $400 courtesy deduction by Ultimate Software (Motion and Order Approving Expense Doc 180 & 182) | 2990-000 | | $500.00 | $715,927.24 |

Page Subtotals: $0.00    $11,339.55

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-40839 | Trustee Name: Janine P. Reynard |
| Case Name: HOKU SOLAR, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3497 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3745 | Blanket Bond (per case limit): $78,753,461.00 |
| For Period Ending: 09/30/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/18 | 504 | Bank of Hawaii Records Management #268 PO Box 2900 Honolulu HI 96846 | Copies of bank records for Acct Ending 0950 (Motion and Order Approving Expense Doc 180 & 182) | 2990-000 | | $4,572.50 | $711,354.74 |
| 07/08/19 | 505 | Janine P. Reynard PO Box 7506 Boise, ID 83707 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $25,000.00 | $686,354.74 |
| 07/08/19 | 506 | Janine P. Reynard PO Box 7506 Boise, ID 83707 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $2,934.64 | $683,420.10 |
| 07/08/19 | 507 | State of Hawaii Department of Labor & Relations Unemployment Insurance Division P.O. Box 700 Honolulu, HI 96809-0700 | Final distribution to claim 15 creditor account #3915 representing a payment of 100.00 % per court order. | | | $886.09 | $682,534.01 |
| | | | ($8.06) | 7990-000 | | | |
| | | State of Hawaii | Final distribution to claim 15 ($878.03) creditor account #3915 representing a payment of 100.00 % per court order. | 5800-000 | | | |
| 07/08/19 | 508 | CFS Solar LLC 792 Mokapu Road Kailua, HI 96734 | Final distribution to claim 12 creditor account #0001 representing a payment of 100.00 % per court order. | | | $109,634.27 | $572,899.74 |
| | | | ($997.20) | 7990-000 | | | |
| | | CFS Solar LLC | Final distribution to claim 12 ($108,637.07) creditor account #0001 representing a payment of 100.00 % per court order. | 7200-000 | | | |
| 07/08/19 | 509 | Helix Electric, Inc. 6795 Flanders Drive San Diego, CA 92121 | Final distribution to claim 13 creditor account #0905 representing a payment of 100.00 % per court order. | | | $290,829.29 | $282,070.45 |
| | | | ($2,645.29) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $433,856.79 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-40839 | Trustee Name: Janine P. Reynard |
| Case Name: HOKU SOLAR, INC. | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX3497 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3745 | Blanket Bond (per case limit): $78,753,461.00 |
| For Period Ending: 09/30/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Helix Electric, Inc. | Final distribution to claim 13 creditor account #0905 representing a payment of 100.00 % per court order. | ($288,184.00) | 7200-000 | | | |
| 07/08/19 | 510 | State of Hawaii Department of Labor & Relations OSHA Div 830 Punchbowl St, Rm 423 Honolulu, HI 96813 | Final distribution to claim 14 creditor account #9117 representing a payment of 100.00 % per court order. | | | | $1,665.15 | $280,405.30 |
| | | | | ($15.15) | 7990-000 | | | |
| | | State of Hawaii | Final distribution to claim 14 creditor account #9117 representing a payment of 100.00 % per court order. | ($1,650.00) | 7300-000 | | | |
| 07/08/19 | 511 | Schenk's Specialized Services, LLC PO Box 870 Waianae, HI 96792-0870 | Final distribution to claim 3 creditor account #0011 representing a payment of 100.00 % per court order. | | | | $5,322.95 | $275,082.35 |
| | | | | ($48.42) | 7990-000 | | | |
| | | Schenk's Specialized Services, LLC | Final distribution to claim 3 creditor account #0011 representing a payment of 100.00 % per court order. | ($5,274.53) | 7100-000 | | | |
| 07/08/19 | 512 | HOKU SOLAR, INC. ONE HOKU WAY POCATELLO, ID  83204 | Distribution of surplus funds to debtor. | | 8200-002 | | $275,082.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $748,823.70 | $748,823.70 |
| Less: Bank Transfers/CD's | $406,471.74 | $0.00 |
| Subtotal | $342,351.96 | $748,823.70 |
| Less: Payments to Debtors | $0.00 | $275,082.35 |
| Net | $342,351.96 | $473,741.35 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $282,070.45 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: 13-40839 | | | Trustee Name: Janine P. Reynard | | | Exhibit 9 |
| Case Name: HOKU SOLAR, INC. | | | Bank Name: Rabobank, N.A. | | | |
| | | | Account Number/CD#: XXXXXX66 | | | |
| | | | Checking Account | | | |
| Taxpayer ID No: XX-XXX3745 | | | Blanket Bond (per case limit): $78,753,461.00 | | | |
| For Period Ending: 09/30/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/20/13 | 20 | Transamerica Life Insurance Company<br>PO Box 8063<br>1400 Centerview Drive<br>Little Rock, AR 72203 | refund of insurance premium | 1229-000 | $255.00 | | $255.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $245.00 |
| 09/03/13 | 3 | Bank of Hawaii | closed BOH bank account of debtor | 1129-000 | $408,216.71 | | $408,461.71 |
| 09/19/13 | 101 | Gary Rainsdon<br>PO Box 506<br>Twin Falls, ID 83303 | reimbursement for external hard-drive purchased to copy books/records for Hoku Solar case | 2420-000 | | $74.19 | $408,387.52 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $450.49 | $407,937.03 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $645.47 | $407,291.56 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $546.77 | $406,744.79 |
| 12/11/13 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Charge | 2600-000 | | $273.05 | $406,471.74 |
| 12/12/13 | | Transfer to Acct # xxxxxx3497 | Transfer of Funds | 9999-000 | | $406,471.74 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $408,471.71 | $408,471.71 |
| Less: Bank Transfers/CD's | $0.00 | $406,471.74 |
| Subtotal | $408,471.71 | $1,999.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $408,471.71 | $1,999.97 |

Page Subtotals: $408,471.71 $408,471.71

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3497 - Checking Account | $342,351.96 | $473,741.35 | $0.00 |
| XXXXXX66   - Checking Account | $408,471.71 | $1,999.97 | $0.00 |
| | $750,823.67 | $475,741.32 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $7,500.00 |
| Total Net Deposits: | $750,823.67 |
| Total Gross Receipts: | $758,323.67 |

Page Subtotals:                    $0.00             $0.00